JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JARROD WILLIAMS,  ) NO. CV 18-6551-PSG (KS)
        Plaintiff, )
     v. ) JUDGMENT
R. MADDEN, )
        Defendant. )
_____ )

    Pursuant to the Court's Order,

    IT IS ADJUDGED that the above-captioned case is dismissed without prejudice.

DATED: 8/13/2018

                           **PHILIP S. GUTIERREZ**
                           _____
                               PHILIP S. GUTIERREZ
                           UNITED STATES DISTRICT JUDGE